UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GLENDORA,
        Plaintiff,

                                       Civil Action No. 04-10964-RGS

    v.

ROBERT S. LASNIK, et al.,
        Defendants.

ORDER OF DISMISSAL

STEARNS, D.J.

    In accordance with this Court's order dated May 24, 2004, it is ORDERED that the within action be and it is hereby dismissed without prejudice.

                                                   By the Court,

                                                   s/ Linn A. Weissman
                                                 Deputy Clerk

Date May 25, 2004

(noticeofdismissal.wpd - 12/98)                                                       [odism.]