JMS

04 10964 RGS

Notice change address

5

Glendora
A Chat with Glendora
Box 124
Ghent, NY 12075

Boudreau 12/10/04